# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEXANDRE H. ONOFRE,

    Petitioner,

vs.

DWIGHT NEVEN , *et al.*,

    Respondents.

Case No. 2:14-cv-01643-RFB-VCF

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed by Alexandre H. Onofre pursuant to 28 U.S.C. § 2254. On May 11, 2015, the Clerk sent an order to petitioner at his address of record. (ECF No. 9). The order required the filing of an amended petition and gave petitioner an opportunity to demonstrate that he had exhausted his federal habeas claims. (*Id.*). The order was returned to the Court as undeliverable – markings on the envelope indicate that petitioner is not at his address of record and that no new address is available. (ECF No. 10). Petitioner has not notified the Court of a change of address. Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of petitioner's failure to keep the Court informed of his current address as required by LSR 2-2, the Court will dismiss this action without prejudice.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.

DATED this 6th day of August, 2015.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE